IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RACHEL FISK,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

    Defendant.
_____

Civ. No. 6:13-cv-00410-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 16), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 16) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

    DATED this 20th day of February, 2014.

                                        _____/s/ Michael J. McShane _____
                                                  Michael McShane
                                           United States District Judge

1 –ORDER